AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25-7 |
| AMADOU DIOL | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* AMADOU DIOL, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:2312 - TRANSPORTATION OF STOLEN MOTOR VEHICLES, 18:2 - AIDING AND ABETTING

Date: 01/08/2025

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

George V. Wylesol, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/8/2025, and the person was arrested on *(date)* 1/27/25
at *(city and state)* 

Date: 1/27/25

*Arresting officer's signature*

Scott Frederick / Special Agent
*Printed name and title*