

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Meghan E. Claiborne*
*Direct Dial: (215) 861-8452*
*Facsimile: (215) 861- 8618*
*E-mail Address: meghan.claiborne@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

October 30, 2025

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    United States v. Diol et al.
                 Criminal No. 25-7

Dear Clerk:

      Please unimpound the Indictment in regard to the above-captioned case.

      Very truly yours,

      DAVID METCALF
      United States Attorney

      /s/ *MEGHAN E. CLAIBORNE*
      Meghan E. Claiborne
      Assistant United States Attorney